■ G. PATRICK DU PELL et al., Respondents, v. STATE LIQUOR AUTHORITY et al., Appellants.— Per Curiam. Order appealed from, which denied vacatur of the stay contained in the order to show cause signed November 24, 1964, modified by vacating the stay insofar as it ordered that "defendant, State Liquor Authority, is hereby stayed from accepting or processing applications for new licenses to sell liquor at retail for consumption off the premises", and, as so modified, affirmed, without costs. Herlihy, J. P., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN BOONE, Appellant.— Motion to reverse a judgment of the Sullivan County Court convicting defendant of the crime of attempted rape, first degree, granted, and new trial granted. The findings of the trial court have not been considered. It is conceded that a transcript of the minutes of the trial is not available. Under the circumstances, there is no alternative other than to reverse the judgment and to order a new trial (People v. Williams, 13 A D 2d 814). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK H. KELLERMAN, Appellant.— Application pursuant to subdivision 2 of section 344 of the Code of Criminal Procedure for removal of indictment denied. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

■ In the Matter of PIERCE H. RUSSELL, as District Attorney, Respondent, v. JAMES W. DOHERTY, Appellant.— Motion for a stay of proceedings denied and appeal dismissed on the ground that the order sought to be reviewed is not appealable (Matter of Ryan [Hogan], 306 N. Y. 11). Our decision, which is based upon jurisdictional considerations, is not intended to indicate approval of the procedure adopted by the County Court. Gibson, P. J., Herlihy, Reynolds and Aulisi, JJ., concur.

■ BAIVARD REALTY CORP. et al., Appellants-Respondents, v. STATE OF NEW YORK, Respondent-Appellant.— Motion to require claimants to accept service of notice of cross appeal, which had been refused on the ground that the State by serving a certificate of no appeal had waived its right of cross appeal, granted, without costs. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.